THE STATE OF OHIO, APPELLEE, *v.* BELL, APPELLANT.

[Cite as *State v. Bell,* 118 Ohio St.3d 447, 2008-Ohio-3179.]

(No. 2008–0618—Submitted June 3, 2008—Decided July 2, 2008.)

———————

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. I.

{¶ 2} The judgment of the court of appeals is reversed as to the court of appeals' holding on appellant's first assignment of error below on the authority of *State v. Cabrales,* 118 Ohio St.3d 54, 2008-Ohio-1625, 886 N.E.2d 181. The cause is remanded to the trial court for further proceedings consistent with *State v. Cabrales,* including a determination as to whether the offenses were committed with a separate animus under R.C. 2941.25(B).

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————

De Leon Bell, pro se.